IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00250-PSF-MEH

IRWIN VOGEL; and
DOROTHY VOGEL,

    Plaintiffs,

v.

JAMES HARRINGTON, individually and as the Parent of
AARON HARRINGTON, a minor,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 13). Upon review, the Court hereby

ORDERS that the plaintiffs' Complaint against the defendants, and all claims and causes of action contained therein, be DISMISSED WITH PREJUDICE, each party to pay his or her own attorneys' fees and costs.

DATED: July 14, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge